```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               May 15, 2015
                          CENTRAL DISTRICT OF CALIFORNIA
                                    DV
                          BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHAEL ORTIZ FERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | No. CV 14-03666-SJO (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner and dismissing this action with prejudice.

Dated: May 14, 2015.

*S. James Otero*

_____
S. JAMES OTERO
United States District Judge

2