ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 15 2015

CENTRAL DISTRICT OF CALIFORNIA
BY        DV          DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

May 15, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: DV          DEPUTY

JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

MICHAEL ORTIZ FERNANDEZ,      )   No. CV 14-03666-SJO (DFM)
           Plaintiff,      )
                     )   JUDGMENT
             v.      )
CAROLYN W. COLVIN, Acting      )
Commissioner of Social Security,      )
           Defendant.      )
_____ )

    In accordance with the Order Accepting Report and Recommendation of the United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

Dated: May 14, 2015.

_____
S. JAMES OTERO
United States District Judge